**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 281 WAL 2016

                                    :

          Respondent   :   Petition for Allowance of Appeal from

                                    :   the Order of the Superior Court

                                    :

               v.                     :

                                    :

                                    :

NICHOLAS MARTIN,              :

                                    :

          Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.